UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DOUGLAS TALBOT, an individual, | Case No. 2:11-cv-01766-MMD-CWH |
| Plaintiff, | |
| v. | ORDER |
| SENTINEL INSURANCE COMPANY, LTD.; HARTFORD FIRE INSURANCE COMPANY; RAYMOND JACQUES SAMOKHVALOV, individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

The Court issued an Order directing Defendant Raymond Jacques Samokhvalov to show cause as to why this case should not be remanded. (Dkt. no. 39.) Samokhvalov and Defendants Hartford Fire Insurance Company and Sentinel Insurance Company filed timely responses to the Court's Order. (Dkt. nos. 42 & 42.) The Court finds that Defendants have satisfied the Court's Order and demonstrated that while Samokhvalov violated the forum defendant rule under 28 U.S.C. § 1447(b), such violation was a waivable non-jurisdictional defect.

DATED THIS 10th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE